(No. 74-CC-576—Claimant 

WEST PUBLISHING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, ADMINISTRATIVE OFFICE OF THE ILLINOIS COURTS, Respondent.

*Opinion filed May 10, 1974.*

WEST PUBLISHING COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-587—Claimant 

STANDARD PHOTO SUPPLY, A DIVISION OF WEIMAN CO., INC., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed May 10, 1974.*

FISCHEL, KAHN, WEINBERG & BRUSSLAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C. J.